85 P.3d 185

# SUPREME COURT OF HAWAI'I

State v. Gunson . . . . . . . . . . . . . . . . . 24209      12/17/2003   Dismissed        101 Hawai'i 161,
                                                                                        64 P.3d 290